KRISTIN A. PACE #138736 **E-filing**
WILLIAM E. ADAMS #153330
JULIE V. SKEEN #203365
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Emails: kpace@fablaw.com/wadams@fablaw.com/jskeen@fablaw.com

Attorneys for Plaintiff
Puongpun Sananikone

FILED
2007 JUN 21 PM 2:30

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Puongpun Sananikone,<br><br>Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>Defendant | Case No.: C07-03266 BZ<br><br>**CERTIFICATION OF INTERESTED PERSONS**<br><br>JURY TRIAL DEMANDED |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Gary Ryness, Ray Grage, John McDonald, Paul Ta, Vo Nguyen, Henk Intveld, Thang Si Le, Truong Long each had a financial interest in the corporation known as American Steel Frame Inc.

Thanhlo Sananikone, plaintiff's wife, has a financial interest in this action.

Dated: June 20, 2007            FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
William E. Adams
Attorney for Plaintiff
Puongpun Sananikone

---
1
CERTIFICATION OF INTERESTED PERSONS CASE NO.:
6/20/07 (21092) #273856.1