E-filing 

FILED

2007 JUN 21 PM 2: 31

[illegible clerk stamp]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | No. C07-03266  |
| v. | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| Defendant. | [Cases Excluded Under Civil L.R. 16-1(c)] |

IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 16(b) and Civil L.R. 16-1(g), a Case Management Conference will be held in this case before the Honorable Bernard Zimmerman on Monday ___10/15/2007___ at 4:00 p.m. in Courtroom G, 15th floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by lead trial counsel for parties who are represented. All parties who are proceeding without counsel must appear personally.

IT IS FURTHER ORDERED that, within 30 days of filing the complaint, **PLAINTIFF** shall serve and file either a written consent to Magistrate Judge Zimmerman's jurisdiction or a written request for reassignment to a district judge.

IT IS FURTHER ORDERED that, within 45 days of filing the complaint, and in accordance with Civil L.R. 4-2, **PLAINTIFF** shall complete service of the complaint on at least one defendant and file either a waiver of service or a

certification of service of process. Failure to file the waiver of service or a certification of service will result in issuance by the Court of an Order to Show Cause why the complaint should not be dismissed for failure of prosecution.

    IT IS FURTHER ORDERED that no later than 10 days before the Case Management Conference, each party shall file a Case Management Statement containing at least the following information:

(1) A brief description of the events underlying the lawsuit;

(2) A statement that all defendants (or third party-defendants, if any) have been served, or information about when the party plans to serve all remaining defendants;

(3) What discovery the party intends to take, including, but not limited to, the identity of all persons the party intends to depose.

    In addition, the parties must be prepared to discuss knowledgeably with the Court at the Case Management Conference any of the other subjects listed in Fed. R. Civ. P. 16 or in Civil L.R. 16-8.

    IT IS FURTHER ORDERED that **PLAINTIFF** shall serve a copy of this Order and the attached Standing Orders on all parties to this action and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5 and Civil L.R. 16-2(a). Following service, **PLAINTIFF** shall file a certificate of service with the Clerk of this Court.

    Failure to comply with this Order or the Local Rules of this Court may result in sanctions, including the dismissal of the complaint or the entry of a default. See Fed. R. Civ. P. 16(f), Civil L.R. 1-4.

Bernard Zimmerman
United States Magistrate Judge