# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PUONGPUN SANANIKONE

E-filing

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA

CASE NUMBER:

C07-03266 BZ

TO: (Name and address of defendant)
United States Attorney's Office
1301 Clay Street
Suite 340S
Oakland, California 94612
Telephone: 510-6373680

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William E. Adams
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: 510-451-3300

an answer to the complaint which is herewith served upon you, within ~~20~~ 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE  JUN 21 2007

NDCAO440

OAO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]
SEE ATTACHED LIST

DATE   06/22/2007   12:32PM

NAME OF SERVER *(PRINT)* DAVID ELY, CONTRA COSTA/ #641

TITLE   EMPLOYEE OF A REGISTERED CALIFORNIA PROCESS SERVER

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

BY SERVING UNITED STATES ATTORNEY'S OFFICE, BY LEAVING WITH KATIE GLYNN, CHIEF LEGAL ASSISTANT, AUTHORIZED TO ACCEPT AT 1301 CLAY STREET, STE 340S, OAKLAND, CA 94612

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL             SERVICES  $80.00                        TOTAL  $80.00

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date 6/25/2007   Signature of Server  [signature]

Address of Server   ONE HOUR LEGAL
1280 BOULEVARD WAY, #205
WALNUT CREEK, CA 94595
925-947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Documents:   SUMMONS IN A CIVIL CASE AND COMPLAINT; , CERTIFICATION OF INTERESTED PERSONS, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, ORDER SETTING CASE MANAGEMENT CONFERENCE, GUIDELINES, ECF REGISTRATION INFORMATION HANDOUT