KRISTIN A. PACE #138736
WILLIAM E. ADAMS #153330
JULIE V. SKEEN  #203365
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California  94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Emails: kpace@fablaw.com;wadams@fablaw.com;jskeen@fablaw.com

Attorneys for Plaintiff
Puongpun Sananikone

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| Puongpun Sananikone, | Case No.: C07-03266 BZ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| United States of America, | |
| Defendant | |

6/27/07 (24704) #274060.1

CERTIFICATE OF SERVICE

I, the undersigned, declare: I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. I am employed by Fitzgerald Abbott & Beardsley, located at 1221 Broadway, 21st Floor, Oakland, CA 94612. I am readily familiar with this firm's business practice of processing of documents for service.

In accordance with FRCP Rule 4(i), I hereby certify that on June 22, 2007, I served a true and correct a copy of Plaintiff Puongpun Sananikone's SUMMONS, COMPLAINT AND CERTIFICATION OF INTERESTED PERSONS by placing said documents in a sealed envelope addressed as stated below with postage thereon fully prepaid for certified mail, as evidenced by the attached Certified Mail Receipt, and depositing said envelopes today with the U.S. Postal Service, following this firm's business practices:

Alberto R. Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kevin M. Brown
Acting Commissioner of the Internal Revenue Service
1111 Constitution Ave., NW
Washington, D.C. 20224

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct.

Executed on June 27, 2007, at Oakland, California.

Alleen N. Hodgkin

2
CERTIFICATE OF SERVICE CASE NO.: C07-03266 BZ

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.82 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.62 |

7005 1820 0004 5414 7167

SAN FRANCISCO, CA 94128 AIRPORT BR.
Postmark Here
JUN 22 2007
USPS

Sent To *Alberto R. Gonzales, Attorney General*
*U.S. Department of Justice*
Street, Apt. No.; or PO Box No. *950 Pennsylvania Ave., NW*
City, State, ZIP+4 *Washington, DC 20530-0001*

PS Form 3800, June 2002                    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.82 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.62 |

7005 1820 0004 5414 7082

CA 94128 AIRPORT
Postmark Here
JUN 22 2007

Sent To *Kevin M. Brown the Internal*
*Acting Commissioner of Revenue Service*
Street, Apt. No.; or PO Box No. *1111 Constitution Ave., N.W.*
City, State, ZIP+4 *Washington, D.C. 20224*

PS Form 3800, June 2002                    See Reverse for Instructions