KRISTIN A. PACE #138736
WILLIAM E. ADAMS #153330
JULIE V. SKEEN #203365
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: kpace@fablaw.com/wadams@fablaw.com/jskeen@fablaw.com

Attorneys for Plaintiff
Puongpun Sananikone

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Puongpun Sananikone | Case No.: C07-03266BZ |
|---|---|
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| United States of America, | |
| Defendant | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: July 11, 2007        FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
William E. Adams
Attorney for Plaintiff
Puongpun Sananikone

---

1
NOTICE OF VOLUNTARY DISMISSAL CASE NO.: C07-03266BZ
7/11/07 (24704) #275385.1

# PROOF OF SERVICE - F.R.C.P. §5

I, the undersigned, declare: I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. I am employed by Fitzgerald Abbott & Beardsley, located at 1221 Broadway, 21st Floor, Oakland, CA 94612. I am readily familiar with this firm's business practice of processing of documents for service.

I hereby certify that on **July 11, 2007**, a true and correct copy of the following document(s) was filed electronically:

**NOTICE OF VOLUNTARY DISMISSAL**

Notice of this filing will be sent by operation of the United States District Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties listed below will be served by the method indicated:

| | |
|---|---|
| United States Attorney's Office<br>1301 Clay Street<br>Suite 340S<br>Oakland, California 94612<br>Telephone: 510-637-3680 | Alberto R. Gonzales, Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>**VIA CERTIFIED MAIL** |
| Kevin M. Brown<br>Acting Commissioner of the Internal Revenue Service<br>1111 Constitution Ave., NW<br>Washington, D.C. 20224<br><br>**VIA CERTIFIED MAIL** | |

| | |
|---|---|
| X | U.S. Mail - By placing a copy of said document(s) in a sealed envelope with postage thereon fully prepaid, and depositing said envelope with the U.S. Postal Service, following this firm's business practices. |
| | Federal Express - By placing a copy of said document(s) in a sealed pre-paid overnight envelope and deposited with Federal Express, following this firm's business practices. |
| | By Personal Service - I caused such envelope to be delivered by hand on the office(s) of the addressee(s). |

| | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as evidenced by the attached transmission report. |
|---|---|

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct.

Executed on **July 11, 2007**, at Oakland, California.

_____
Alleen N. Hodgkin

---

3
NOTICE OF VOLUNTARY DISMISSAL CASE NO.: C07-03266BZ
7/11/07 (24704) #275385.1